IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                                                        **No. 05-CR-30015-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Before the Court are three motions to continue the trial of Defendant Roosevelt Turner: a motion submitted on August 16, 2006 by Defendant Turner's appointed counsel (Doc. 382), a motion submitted on August 21, 2006 by Defendant Turner's retained counsel (Doc. 384), and a motion submitted on August 23, 2006 by the Government (Doc. 389). The Court, being fully advised in the premises, finds that the trial should be postponed. The Court additionally finds that, pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of a continuance outweigh the interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** the motions to continue. (Doc. 382, 384, and 389.) The Court **CONTINUES** Defendant's trial to Monday, February 26, 2007 at 9:00 a.m. The time from the date that the first motion to continue was filed, August 16, 2006, until the

date on which the trial is rescheduled, February 26, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 24th day of August, 2006.

<u>/s/        David   RHerndon</u>
**United States District Judge**