IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                         **No. 05-CR-30015-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is court-appointed counsel Ronald E. Jenkins' Motion to Withdraw as Counsel in the above-captioned matter. (Doc. 386.) Because Defendant Roosevelt Turner has retained other counsel in this matter, the Court **GRANTS** Attorney Jenkins' motion and **WITHDRAWS** Attorney Jenkins from this matter. (Doc. 386.)

**IT IS SO ORDERED.**

Signed this 25th day of August, 2006.

/s/        David   RHerndon
**United States District Judge**