IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                                                 **No. 05-CR-30015-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's motion for additional time to file pre-trial motions. (Doc. 393.)  For good cause shown, Defendant's motion (Doc. 393) is **GRANTED** and it is hereby ordered that Defendant has up to and including September 29, 2006 to file pre-trial motions.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2006.

/s/        David  RHerndon
**United States District Judge**