IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                              No. 05-CR-30015-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is the Government's motion to extend time to respond to motions filed by Defendant Roosevelt Turner. (Doc. 433.) For good cause shown, the Government's motion (Doc. 433) is **GRANTED** and it is hereby ordered that the Government has up to and including October 20, 2006 to respond to the eight motions filed by Defendant on September 28, 2006.

**IT IS SO ORDERED.**

Signed this 11th day of October, 2006.

/s/      David   RHerndon
**United States District Judge**