IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NO. 05-CR-30015-DRH** |
| | ) | |
| **ROOSEVELT TURNER,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's motion to continue and reset hearing on motions to suppress. (Doc. 446.) The Court, being fully advised in the premises, **GRANTS** Defendant's motion. (Doc. 446.) The hearing is now set for Febuary 2, 2007 at 1:30 p.m.

**IT IS SO ORDERED**.

Signed this 25th day of October, 2006.

/s/       David   RHerndon
**United States District Judge**