## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                        **No. 05-CR-30015-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Before the Court is Defendant's Motion for Disclosure and Production of Certain Materials (Doc. 414); Motion for Disclosure of Impeaching Information (Doc. 415); Request and Motion for Material the Government Intends to Offer Pursuant to Rule 404(b) Federal Rules of Evidence (Doc. 416); and Motion to Disclose Confidential Informants and Confidential Sources (Doc. 417). The Court has reviewed Magistrate Judge Clifford J. Proud's Order for Pre-trial Discovery and Inspection (Doc. 342), which directs the parties to meet and confer regarding any discovery disputes prior to filing a motion regarding such matters. The Court finds that Defendant's counsel has failed to comply with Magistrate Judge Proud's Order (Doc. 342) and, therefore, **DENIES** Defendant's motions (Docs. 414, 415, 416, 417),

**IT IS SO ORDERED.**

Signed this 7th day of November, 2006.

/s/      David  RHerndon
**United States District Judge**