IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                                                  No. 05-CR-30015-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's motion for leave to file amended motions to suppress electronic surveillance and physical evidence. (Doc. 474.)  For good cause shown, Defendant's motion (Doc. 474) is **GRANTED**.  Defendant has already filed the amended motions (Docs. 475, 476), so no other action is required at this time. However, the Court wishes to remind Defendant that in the future, Defendant should request leave to file the amended document(s) and rather than filing the document(s) *instanter*, the Court directs Defendant to email the proposed document(s) to his Chambers' e-mail address at DRHpd@ilsd.uscourts.gov for review.  Only once the Court grants leave to file the document(s) may the document(s) be filed.  *See* **Section 2.10 of the CM/ECF User's Manual.**  The Government is allowed ten (10) days from

the date of this Order to file an amended response.

        **IT IS SO ORDERED.**

Signed this 8th day of January, 2007.

                          /s/      David   RHerndon
                          **United States District Judge**