IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                                            **No. 05-CR-30015-DRH**

### ORDER

**HERNDON, District Judge:**

    Before the Court is Defendant's motion for leave to file replies to Government's responses to Defendant's amended motions to suppress electronic surveillance and physical evidence. (Doc. 485.) Replies may be filed without leave from the Court, if filed within 10 days of the service an answering brief. **SDIL-LR 7.1(c).** Therefore, Defendant's motion is **MOOT**. Defendant is **DIRECTED** to file his reply *instanter*.

    **IT IS SO ORDERED.**

    Signed this 30th day of January, 2007.

/s/       David   RHerndon
**United States District Judge**