IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 05-CR-30015-DRH** |
| ) | |
| **ROOSEVELT TURNER,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**HERNDON, District Judge:**

Now before the Court is the Government's motion to continue the motion hearing currently scheduled for June 22, 2007 (Doc, 601) and Defendant's motion to continue sentencing and for additional time to object to presentence report (Doc. 602). The Court, being fully advised in the premises, **GRANTS** the Government's motion. (Doc. 601) and resets the motion hearing for July 6, 2007 at 9:30 a.m. The Court also **GRANTS** Defendant's motion to continue sentencing (Doc. 602); Defendant's sentencing is reset for October 12, 2007 at 9:30 a.m. In addition, the Court will allow Defendant additional time to file objections to the presentence report. Defendant shall file his objections no later than June 29, 2007.

**IT IS SO ORDERED**.

Signed this 14th day of June, 2007.

/s/     David   RHerndon
**United States District Judge**