IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **ROOSEVELT TURNER,** | ) | |
| | ) | |
| Defendant. | ) | No. 05-CR-30015 |

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Roosevelt Turner's Motion for Continuance of Sentencing. (Doc. 639.) The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 639.) The sentencing is now set for February 29, 2008 at 9:30 a.m.

      **IT IS SO ORDERED**.

      Signed this 16th day of October, 2007.

      /s/    DavidRHerndon
      **Chief Judge**
      **United States District Court**