IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-CR-30015-DRH |
| ) | |
| ROOSEVELT TURNER, ) | |
| a/k/a "Rope," ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon motion of the United States of America, and the Court being advised of the facts, leave of court is granted for dismissal of Count 9 from the Superseding Indictment in the above case in reference to Defendant Roosevelt Turner.

DATE: June 6, 2008.

/s/    David R Herndon
DAVID R. HERNDON
Chief, United States District Judge