IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROOSEVELT TURNER,

Defendant.                                                           No. 05-30015-DRH

### ORDER

**HERNDON, Chief Judge:**

　　Before the Court is a Motion for Leave to Withdraw (Doc. 759) filed by Defendant Roosevelt Turner's attorney Christopher J. Coulson.  Attorney Coulson states that he was appointed by the Seventh Circuit to handle Defendant Turner's appeal and now wishes to withdraw as Defendant Turner's attorney.  Mr. Coulson notes that the Seventh Circuit vacated Defendant Turner's conviction and has remanded the case for trial, but that he lacks experience in the criminal trial setting to continue to act as Defendant Turner's counsel.  Based on the reasons in the motion, the Court **GRANTS** the Motion for Leave to Withdraw.  Attorney Christopher J. Coulson is hereby **WITHDRAWN** as counsel for Defendant.

　　**IT IS SO ORDERED.**

　　Signed this 8th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　/s/  David R Herndon
　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　**United States District Court**