IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT TURNER,**

**Defendant.**                                             **No. 05-30015-DRH**

## ORDER

**HERNDON, Chief Judge:**

This case is before the Court for case management purposes. Pursuant to **CIRCUIT RULE 36**, the Court **TRANSFERS** this case to District Judge J. Phil Gilbert for further proceedings. All future proceedings shall contain cause number 05-30015-JPG. The Court further **FINDS AS MOOT** Defendant's Motion Pursuant to Seventh Circuit Rule 36 (Doc. 756).

**IT IS SO ORDERED.**

Signed this 9th day of March, 2010.

/s/  David R Herndon
**Chief Judge**
**United States District Court**