UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-cr-30015-JPG |
| ) | |
| ROOSEVELT TURNER, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Roosevelt Turner's Motion (Doc. 776) for *de novo* review of his detention order, to which the Government filed a timely Response (Doc. 777). Said motion is presumably made pursuant to 18 U.S.C. § 3145(b) and appeals from a detention order entered by Magistrate Judge Donald G. Wilkerson on August 11, 2006. (*See* Doc. 375). Although the time for a reply brief has yet to lapse, Turner need not file one.

Having reviewed the briefing of the instant motion and the relevant portions of the case file in light of the factors enumerated in 18 U.S.C. § 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of Roosevelt as required and the safety of the community. *See* 18 U.S.C. § 3142(e) (2006).

Accordingly, the Court **DENIES** the instant motion (Doc. 776).

**IT IS SO ORDERED.**
**DATED: May 20, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
